RECEIVED OCT 0 2 2017 PRO SE OFFICE

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

i: a man,

-against- **CV 17 - 5861**

THE PEOPLE OF THE STATE OF NEW YORK,

NEW YORK STATE OFFICE OF MENTAL HEALTH,

SOUTH BEACH PSYCHIATRIC CENTER,

ET AL.

WRIT OF

HABEAS CORPUS

# KUNTZ, J.

INDEX No. _____

---------------------------------------------------------------------X

TO THE DIRECTOR OF SOUTH BEATH PYSCHIATRIC CENTER (Doreen Piazza, R.N.C., M.S.), COUNTY OF RICHMOND

The writ of i: a man (alexander-oliver : steier; hereinafter Affiant), respectfully shows:

1. That Affiant makes this application herein on his own behalf, for a Writ of Habeas Corpus.
2. That the place where Affiant is detained and restrained of his liberty is South Beach Psychiatric Center, located at 777 Seaview Avenue, Staten Island, New York (RFD 10305).
3. That detention of Affiant is by virtue of a mandate, a copy of which cannot be obtained due to Affiant's status as a(n) inmate/patient.
4. That the cause or pretense of the writ, according to the best knowledge and belief of Affiant, is that the Affiant (relator) was charged with violation(s) of the State of New York Vehicle & Traffic Law (VTL), NYS VTL 511.1a specifically, and other related charge(s) ( (PL 195.05;

That no previous application for a writ asked herein has been made by Affiant or legal counsel.

WHEREFORE, Affiant prays that a Writ of Habeas Corpus issue Doreen Piazza, R.N.C., M.S., Director of South Beach Psychiatric Center, her deputies and assistants, commanding Her and them to bring and produce Affiant before a Justice of the United States District Court, Eastern District of New York (<or> Second Circuit), located at 225 Cadman Plaza East, Brooklyn, New York thereof on the ____ day of ____ _____, 2017, at _____ in the forenoon of that day or as soon thereafter as Affiant can be heard for hearing and determination concerning the detention of Affiant, and why Affiant should not be given his liberty and why he should not have such other relief as to the Court may seem just and proper.

DATED: _SEPTEMBER 26TH_, 2017
Staten Island, New York

_____
Affiant (alexander-oliver : steier)